In the Matter of the Application of the GUMAERD LEAD AND ZINC COMPANY, Appellant, for the Appointment of Commissioners to Examine the Proposed Route of the ERIE AND JERSEY RAILROAD COMPANY, Respondent.

PETER L. GUMAER et al., Appellants.

*Matter of Gumaerd L. & Z. Co.,* 127 App. Div. 915, affirmed.
(Argued October 1, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 5, 1908, affirming a determination of commissioners appointed in the above-entitled proceeding.

*Robert H. Southard, Hampton D. Ewing* and *Joseph Coult, Jr.,* for appellants.

*Henry Bacon,* for respondent.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Not sitting: VANN, J. Absent: HAIGHT, J.